IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUINTON JAMAL HAWKINS,<br><br>Defendant. | CR-23-13-M-DLC<br><br><br>FINDINGS AND<br>RECOMMENDATION<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before the undersigned pursuant to Fed. R. Crim. P. 11 and has entered pleas of guilty to the offenses of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349 (Count 1), and Bank Fraud, in violation of 18 U.S.C. § 1344 (Counts 2, 6, 14), as set forth in the Indictment. After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering informed and voluntary pleas,

2. That the Defendant is aware of the nature of the charges against him and consequences of pleading guilty to the charges,

3. That the Defendant fully understands his constitutional rights, and the extent to which she is waiving those rights by pleading guilty, and

1

4. That the pleas of guilty are knowing and voluntary pleas, supported by an independent basis in fact sufficient to prove each of the essential elements of the offenses charged.

Therefore, I recommend that the Defendant be adjudged guilty of the offenses Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349 (Count 1) and Bank Fraud, in violation of 18 U.S.C. § 1344 (Counts 2, 6, 14), as set forth in the Indictment, and that sentence be imposed. A presentence report has been ordered.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the presentence report.**

DATED this 18th day of July, 2023.

_Kathleen DeSoto_
Kathleen L. DeSoto
United States Magistrate Judge