IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUINTON JAMAL HAWKINS,<br><br>Defendant. | CR 23–13–M–DLC<br><br><br><br>ORDER |

      Before the Court is the United States' Application for Writ of Habeas Corpus for Prosecution. (Doc. 76.) Defendant Quinton Jamal Hawkins was arraigned in United States District Court for the District of Montana on May 9th, 2023. (Doc. 23.) On May 29th, 2023, Mr. Hawkins was released from federal custody. (Doc. 33.) On or about September 5th, 2023, Mr. Hawkins was arrested on an outstanding Idaho warrant. Mr. Hawkins remains in the custody of the Sherriff of Bannack County, Pocatello, Idaho, and cannot appear before this Court absent a Writ of Habeas Corpus.

      Accordingly, IT IS ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus (For Prosecution) directing the Sheriff of the of the Bannock County Detention Facility in Pocatello, Idaho, and the United States Marshal for the District of Montana, to produce Quinton Jamal Hawkins before the

Court at the Russell Smith Federal Courthouse in Missoula, Montana, at 10:30 a.m. on Friday, November 17th, 2023.

IT IS FURTHER ORDERED that Quinton Jamal Hawkins stay in federal custody until judgment in this case is issued. Mr. Hawkins shall then be returned to the custody of the Bannock County Detention Facility in Pocatello, Idaho.

DATED this 28th day of September, 2023.

_____
Dana L. Christensen, District Judge
United States District Court