IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUINTON JAMAL HAWKINS,<br><br>Defendant. | CR 23–13–M–DLC<br><br><br><br>ORDER |

The Court previously ordered that the Clerk of this Court issue a Writ of Habeas Corpus (For Prosecution) directing the Sheriff of the Bannock County Detention Facility in Pocatello, Idaho, and the United States Marshall for the District of Montana, to produce Quinton Jamal Hawkins before the Court at 10:30 a.m. on Friday, November 17, 2023.  The United States Marshall Service has since informed the Court that Defendant is not on the manifest for the airlift arriving on November 8, 2023, and sentencing will therefore need to be rescheduled.

Accordingly, IT IS ORDERED that sentencing in this case is reset for December 13, 2023, at 9 a.m.  The current sentencing hearing set for November 17, 2023, is VACATED.

IT IS FURTHER ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus (For Prosecution) directing the Sheriff of the of the Bannock

County Detention Facility in Pocatello, Idaho, and the United States Marshal for the District of Montana, to produce Quinton Jamal Hawkins before the Court at the Russell Smith Federal Courthouse in Missoula, Montana, at 9:00 a.m. on Wednesday, December 13, 2023.

IT IS FURTHER ORDERED that Quinton Jamal Hawkins stay in federal custody until judgment in this case is issued. Mr. Hawkins shall then be returned to the custody of the Bannock County Detention Facility in Pocatello, Idaho.

DATED this 7th day of November, 2023.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court

Case 9:23-cr-00013-DLC   Document 95   Filed 11/07/23   Page 3 of 3